UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THALMERS RAY JAMES,<br><br>       Plaintiff,<br><br> v.<br><br>LT. PETER CROPP, PAUL PASTER, and PIERCE COUNTY,<br><br>       Defendants. | No. C12-5159 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 13).

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

(3) Plaintiff's motion for waiver of filing fee is **DENIED.**

(4) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 14th day of May, 2012.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER - 1